**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Brent Watkins, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-11658-RGS |
| | : |
| Midland Credit Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 16, 2013

                                                      Respectfully submitted,

                                                      PLAINTIFF, Brent Watkins

                                                      /s/ Sergei Lemberg

                                                      Sergei Lemberg, Esq.
                                                      B.B.O. No.: 650671
                                                      **LEMBERG & ASSOCIATES L.L.C.**
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile:  (203) 653-3424
                                                      slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/ Sergei Lemberg  
                Sergei Lemberg